PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA**            )
                                        )
          **vs.**                       )   **Docket Number: 2:07CR00382-01**
                                        )
**Michael James JACKSON**               )
                                        )

On March 18, 2002, the above-named was placed on Supervised Release for a period of 5 years in the Western District of Kentucky. He has complied with the rules and regulations of supervision since his last violations in August 2007, for technical violations resulting in modification of his conditions in January 2008. At that time, the Court was made aware the releasee was removed from an active kidney donor list from Sutter Hospital for the sole reason that he was under federal supervision. As a result, a matching donor's kidney was given to another recipient in April 2008. The releasee is waiting to be accepted on a second donor list from the University of California Davis Medical Center. Based on the releasee's declining health (dialysis six days per week), and his adequate performance on supervision since August 2007, it is the opinion of the probation officer that Mr. Jackson has derived maximum benefit from supervision and is not in need of continued supervision, and it is recommended that he be discharged from supervision. He was statutorily eligible for early termination on May 13, 2008.

Re: **Michael James JACKSON**
    **Docket Number:  2:07CR00382-01**
    **ORDER TERMINATING SUPERVISED RELEASE**
    <u>**PRIOR TO EXPIRATION DATE**</u>

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated:      May 27, 2008
            Roseville, California
            :ddw/cd

**REVIEWED BY:**         /s/ Richard A. Ertola
                **RICHARD A. ERTOLA**
                **Supervising United States Probation Officer**

---

## ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

_June 10, 2008_
**Date**

[signature: Lawrence K. Karlton]

**LAWRENCE K. KARLTON**
**Senior United States District Judge**

Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:07CR00382-01 |
| ) | |
| Michael James JACKSON ) | |
| ) | |

**LEGAL HISTORY:**

On March 18, 2002, the above-named was placed on Supervised Release for a period of 5 years, which commenced on May 14, 2007. Special conditions included a requirement for substance abuse treatment and testing, warrantless search, telephone and pager restrictions, disclosure of telephone records, narcotic registration, and travel restrictions limited to the greater Sacramento area.

**SUMMARY OF COMPLIANCE:**

Michael James Jackson has complied with all conditions and special conditions of Supervised Release since his violations in August 2007, and has not been involved in any further criminal activities. During the last violation hearing in January 2008, the Court was made aware the releasee was removed from an active kidney donor list from Sutter Hospital for the sole reason that he was under federal supervision. As a result, a matching donor's kidney was given to another recipient in April 2008. The releasee is waiting to be accepted on a second donor list from the University of California Davis Medical Center. Based on the releasee's declining health (dialysis six days per week), and his adequate performance on supervision since August 2007, it is the opinion of the probation officer that Mr. Jackson has derived maximum benefit from supervision and is not in need of continued supervision. He was statutorily eligible for early termination on May 13, 2008. Early termination will enhance Mr. Jackson's opportunity to be a viable and acceptable kidney recipient.

**RECOMMENDATION:**

Re: **Michael James JACKSON**
 **Docket Number:   2:07CR00382-01**
 **RECOMMENDATION TERMINATING**
 **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated:        May 27, 2008
              Roseville, California
              :ddw/cd

**REVIEWED BY:**          /s/ Richard A. Ertola
                **RICHARD A. ERTOLA**
                **Supervising United States Probation Officer**

cc:   AUSA (Pursuant to Rule 32, notice of proposed relief to the releasee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 -Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)